UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**OAKES, LLC, a Mississippi Limited Liability Company,
AND OAKES AUTOMOTIVE, INC., a Mississippi Corporation,
d/b/a OAKES TOYOTA**     **PLAINTIFFS**

vs.      CIVIL ACTION NO. 4:09-cv-00124-SA-DAS

**WAL-MART REAL ESTATE BUSINESS TRUST
AND P & N GREENVILLE II, LLC**      **DEFENDANTS**

## AGREED ORDER TO ADD ADDITIONAL DEFENDANT

This matter, having been brought before the Court on plaintiffs' *ore tenus* Motion to add P & N Greenville, LLC, a Limited Liability Company, organized under the laws of the State of Alabama and registered to do and doing business in the State of Mississippi, as an additional named defendant in this case; and the parties acknowledge that the allegations maintained by the plaintiffs in Paragraphs III and IV of the Complaint as well as the prayer of the Complaint shall apply to P & N Greenville, LLC as alleged against the other named defendants, namely, Wal-Mart Real Estate Business Trust and P & N Greenville II, LLC; and the Court, having been advised in the premises that the parties have agreed to same, finds that the *ore tenus* Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that P & N Greenville, LLC be added as an additional named party defendant in this action and the style of the Complaint shall be amended to reflect the same.

**SO ORDERED AND ADJUDGED** on this, the 5th of April, 2010.

/s/David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**